HANSON BRIDGETT LLP
MERTON A. HOWARD, SBN 161125
mhoward@hansonbridgett.com
SHANNON M. NESSIER, SBN 267644
snessier@hansonbridgett.com
KAYLEN KADOTANI, SBN 294114
kkadotani@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

FROST BROWN TODD, LLC
Liam E. Felsen (admitted *pro hac vice*)
400 West Market St., 32nd Floor
Louisville, KY 40202
lfelsen@fbtlaw.com
Telephone:    (502)779-8119

Attorneys for Defendant
CNH Industrial America LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT VENEMAN, SANDRA VENEMAN and TEMPLE CREEK DAIRY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CNH INDUSTRIAL AMERICA LLC, <br><br> Defendant. | Case No. 2:19-cv-00947-WBS-CKD <br><br> **ORDER CONTINUING TRIAL AND SETTING NEW SCHEDULING ORDER PURSUANT TO STIPULATION** |

This matter being before the Court on Plaintiffs Robert Veneman, Sandra Veneman, and Temple Creek Dairy, Inc. (collectively, "Plaintiffs") and Defendant CNH Industrial America LLC ("CNH") (collectively, the "Parties") Stipulation to Continue Trial and Set New Scheduling Order (the "Stipulation"); and the Court having reviewed the record and being otherwise sufficiently

---

[PROPOSED] ORDER CONTINUING TRIAL AND SETTING NEW SCHEDULING ORDER PURSUANT TO STIPULATION

advised as to the good cause basis for this extension;

**IT IS HEREBY ORDERED AND ADJUDGED** that the trial is continued, and a new Scheduling Order shall issue. The trial date currently set for October 6, 2020 and any deadlines set by the Court's September 26, 2019 Scheduling Order are vacated. The Court will issue a new scheduling order, and will assign new dates as follows:

a. Plaintiff's Expert Disclosure: **August 31, 2020**

b. Defendant's Expert Disclosure: **September 30, 2020**

c. Rebuttal Expert Disclosures: **October 30, 2020**

d. Discovery/Deposition Cut-Off: **November 30, 2020**

e. Dispositive/*Daubert* Motion (filing deadline) **December 23, 2020**

f. Pre-Trial Conference: **March 15, 2021 (1:30 p.m.)**

g. JURY TRIAL: **May 18, 2021 (9:00 a.m.)**

Dated: March 26, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER CONTINUING TRIAL AND SETTING NEW SCHEDULING ORDER PURSUANT TO STIPULATION