UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VENEMAN, SANDRA VENEMAN, AND TEMPLE CREEK DAIRY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CNH INDUSTRIAL AMERICA LLC, <br><br> Defendant. | No.: 2:19-CV-00947-WBS-CKD <br><br><br> **ORDER FOR DISMISSAL** |

Based upon the foregoing Stipulation of Dismissal with Prejudice, and upon all of the files, records and proceedings herein.

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

      **BY THE COURT:**

Dated: July 29, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE